IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMP R. STOKES**  **PLAINTIFF**

V.  Case No. 4:23-CV-754 JM

**MR. COOPER GROUP,** *et al.*  **DEFENDANTS**

## ORDER

On August 18, 2023, I granted Plaintiff Hamp R. Strokes's petition to proceed *in forma pauperis* and screened his Complaint. (Doc. 3). On the Court's instructions, Stokes has timely filed an Amended Complaint. (Doc. 4). Based on his pleadings, I direct the Clerk to issue summons.

Stokes is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. These rules are available online at http://www.uscourts.gov/rules-policies/current-rules-practice-procedure and http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules.

Local Rule 5.5(c)(2) instructs *pro se* parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. *Pro se* parties, those representing themselves without an attorney, should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a *pro se* party is not responded to within thirty (30) days, the <u>Court may dismiss the case for failure to prosecute</u>.

The Clerk is directed to issue summonses for the Defendants at the addresses Stokes provided in his initial Complaint. The United States Marshal for the Eastern District of Arkansas is directed to serve summonses, the original Complaint, the Amended Complaint, and the Motion to Show Cause on Defendants without prepayment of fees and costs. Service should be made via

certified mail with a return receipt requested and delivery restricted.

    IT IS SO ORDERED this 10th day of October, 2023.

                                                                                       _____
                                                                                    UNITED STATES DISTRICT JUDGE