IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMP R. STOKES**                                                                                   **PLAINTIFFF**

v.                                          No. 4:23-CV-00754-JM

**MR. COOPER GROUP,** *ET AL.*
                                                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE