## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**HAMP R. STOKES**                                                          **PLAINTIFF**

**v.**                               **Case No. 4:23-cv-00754-JM**

**MR. COOPER GROUP,** *et al.*                                     **DEFENDANTS**

### <u>ORDER</u>

By Order issued on January 12, 2024, the Court dismissed Plaintiff Hamp Stoke's Amended Complaint without prejudice finding he had failed to state a claim for a myriad of reasons. (Doc. 24). Mr. Stokes now moves for reconsideration of that decision essentially realleging the arguments raised in his Amended Complaint. (Doc. 26). The motion is denied. To the extent that Mr. Stokes is attempting to further amend his complaint, the liberal Rule 15 standard for amending a complaint is weighed against the interests of finality. *See Anderson v. Bank of the West*, 23 F.4th 1056, 1060 (8th Cir. 2022) (citing *United States v. Hypoguard USA, Inc.*, 559 F.3d 818, 823 (8th Cir. 2009)). Mr. Stokes's *pro se* status is insufficient to support vacating the order and allowing an amendment. Too, he offers no exceptional circumstances to justify relief. Further, none of the Fed. R. Civ. P. 60(b) subsections apply. This case is closed.

IT IS SO ORDERED this 7th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE