# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HAMP R. STOKES**                                                                 **PLAINTIFF**

**v.**                                 **Case No. 4:23-cv-00754-JM**

**MR. COOPER GROUP,** *et al.*                                          **DEFENDANTS**

## ORDER

Plaintiff Hamp Stokes's second motion for reconsideration (Doc. 28) is DENIED. This case is closed.

IT IS SO ORDERED this 23rd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE